## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Tiron Beane,                                              Civil No. 15-424 (DWF/LIB)

           Plaintiff,

v.                                                    **ORDER ADOPTING REPORT**
                                                        **AND RECOMMENDATION**

Officer Wolf, Sgt. Rewizer; Lt. VanRamm;
Capt. Johnson; and A/W/O/ Titus,

           Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated April 1, 2015.  (Doc. No. 11.) No objections have been filed to that Report and Recommendation in the time period permitted.  The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference.  Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

### ORDER

1.       Magistrate Judge Leo I. Brisbois's April 1, 2015 Report and Recommendation (Doc. No. [11]) is **ADOPTED**.

1.       This action is **SUMMARILY DISMISSED** under 28 U.S.C. § 1915(e)(2)(B)(ii).

    2.    Plaintiff Tiron Beane's applications to proceed *in forma pauperis* (Doc. Nos. [2] & [5]) are **DENIED**.

    3.    Plaintiff Tiron Beane's motion for a subpoena (Doc. No. [3]) is **DENIED AS MOOT**.

    4.    Plaintiff Tiron Beane's request to waive the initial partial filing fee is **DENIED AS MOOT**.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  May 5, 2015        s/Donovan W. Frank  
                                  DONOVAN W. FRANK  
                                  United States District Judge